# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-02940-RM-MJW

ABIGAIL RACKLIFF,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, comes before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 35) executed by Plaintiff, Abigail Rackliff, and by Defendant, American Standard Insurance Company of Wisconsin, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Abigail Rackliff, against Defendant, American Standard Insurance Company of Wisconsin, are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 12th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge